IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARES, | |
|     Plaintiff, | No. C 04-02558 JSW |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION** |
| CCSF, | |
|     Defendant. | |

On July 8, 2005 Defendant filed a motion for summary judgment or, in the alternative, motion for partial summary adjudication, which currently is noticed for hearing on September 23, 2005. The Court HEREBY ORDERS that Plaintiff's opposition shall be due on August 12, 2005, and Defendant's reply, if any, shall be due on August 19, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 28, 2005

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE