DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ERIK A. RAPOPORT, State Bar #187059
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4223
Facsimile:     (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARES,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO (SAN FRANCISCO POLICE DEPARTMENT),<br><br>  Defendant. | Case No. CV 04-02558 JSW<br><br>**MOTION TO PLACE THE SUMMARY JUDGMENT ORAL ARGUMENT FIRST ON THE SEPTEMBER 23, 2005 LAW AND MOTION CALENDAR; [Proposed] ORDER**<br>Local Rules 7-10 and 7-11 |

Defendant City hereby moves to place the City's summary judgment oral argument first on the Court's September 23, 2005 law and motion calendar. The City is making this miscellaneous administrative request because counsel for the City has another summary judgment hearing scheduled for 9:30 a.m. in Superior Court on the same day in the case of *Yekaterina Ramirez v. City and County of San Francisco*, Superior Court Case No. 04-434181.

Counsel was unable to obtain a stipulation at this time because plaintiff's counsel is away on vacation. However, plaintiff's counsel has telephoned to state that he is not opposed to having the oral argument placed first on the September 23, 2005 calendar.

1

Misc. Admin. Request – Mares v. CCSF, Case No. CV 04-02558 JSW

N:\LABOR\LI2003\031629\00323825.DOC

Dated: July 8, 2005

          DENNIS J. HERRERA
          City Attorney
          ELIZABETH S. SALVESON
          Chief Labor Attorney
          ERIK A. RAPOPORT
          Deputy City Attorney

      By: s:/Erik A. Rapoport
          ERIK A. RAPOPORT
          Attorneys for Defendant
          CITY AND COUNTY OF SAN FRANCISCO

## [~~Proposed~~] ORDER

The Court has reviewed the City's motion. Good cause appearing, IT IS ORDERED that the oral argument for the City's summary judgment motion in *Anthony Mares v. City and County of San Francisco (San Francisco Police Department)* (N.D. Cal. Case No. CV 04-02558 JSW) shall be placed first on the Court's September 23, 2005 law and motion calendar.

Dated: August 1, 2005

                                      JEFFREY S. WHITE
                                      United States District Judge