**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MARES,

    Plaintiff,

v.

CCSF,

    Defendant.
                               /

No. C 04-02558 JSW

**ORDER DENYING PLAINTIFF'S REQUEST TO MODIFY THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION**

       On July 8, 2005 Defendant filed a motion for summary judgment or, in the alternative, motion for partial summary adjudication. Defendant initially noticed the motion for a hearing on August 12, 2005, and thus, Plaintiff initially had until July 22, 2005, just two weeks, to file an opposition. It was not until July 14, 2005, almost a week later, that the hearing was moved out. On July 29, 2005, the Court set a briefing schedule giving Plaintiff until August 12, 2005 to file his opposition. Although Plaintiff did not receive the order until July 31 or August 1, 2005, Plaintiff still had ten court days in which to work on and file his opposition. Plaintiff waited until the afternoon of August 10, 2005, two days before his opposition was due to request an extension. Moreover, Defendant notes in its opposition to Plaintiff's request that Plaintiff already deposed two of the six witnesses who submitted declarations in support of Defendant's motion and that Defendant disclosed all of these witnesses during discovery. Given the above facts, the Court concludes that Plaintiff has not shown good cause to modify the

briefing schedule.  Accordingly, the Court HEREBY DENIES Plaintiff's request to modify the date by which his opposition is due.

**IT IS SO ORDERED.**

Dated: August 11, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE