DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ERIK A. RAPOPORT, State Bar #187059
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-4223
Facsimile:  (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARES,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO (SAN FRANCISCO POLICE DEPARTMENT),<br><br>  Defendant. | Case No. CV 04-02558 JSW<br><br>**DEFENDANT CITY AND COUNTY'S *EX PARTE* MOTION TO SHORTEN TIME TO FILE MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE DATES**; ORDER      .<br>**Local Rules 6-1; 6-3; 7-1(a)(2)** |

Defendant City and County of San Francisco hereby moves the Court, the Honorable Jeffrey S. White, for an order allowing the City of file a motion on shortened time to continue the trial and pre-conference dates. This motion is made on the grounds that the Court has not issued an order granting or denying the City's motion for summary judgment and thus the parties are not in a position to prepare a joint pre-trial conference statement in time for the November 14, 2005 pre-trial conference.

The City will suffer substantial harm if the trial and pre-trial conference dates are not continued because without an order granting or denying the City's motion for summary

1

1  judgment, the City cannot, in any meaningful way, comply with the Court's "Guidelines for Trial
2  and Final Pretrial Conference in Civil Jury Trials". The Parties do not know what facts are
3  disputed; what causes of action remain to be tried; what witness need to be called; or what jury
4  instructions and exhibits need to be prepared, etc.

City counsel called Plaintiff's counsel on three occasions, once on October 28 and twice on October 31, and emailed him on one occasion, on October 31, to request a stipulation for a motion to shorten time. Plaintiff's counsel did not return the City's telephone calls or email.

There have been no previous continuances of the trial or pre-trial conference dates.

## CONCLUSION

For the reasons set forth above, the City respectfully requests that it be allowed to file a motion to continue the trial and pre-trial conference dates.

Dated: October 31, 2005

```
                              DENNIS J. HERRERA
                              City Attorney
                              ELIZABETH S. SALVESON
                              Chief Labor Attorney
                              ERIK A. RAPOPORT
                              Deputy City Attorney

                         By: s:/Erik A. Rapoport
                              ERIK A. RAPOPORT
                              Attorneys for Defendant
                              CITY AND COUNTY OF SAN FRANCISCO
```

The Court ORDERS that Defendants' request is DENIED as MOOT.

IT IS SO ORDERED.

Dated: November 1, 2005

*[Signed: Jeffrey S. White, Judge Jeffrey S. White, United States District Court, Northern District of California seal]*